**Order filed January 8, 2015**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00948-CV
## IN THE INTEREST OF T.M., A Child

---

### On Appeal from the 306th District Court
### Galveston County, Texas
### Trial Court Cause No. 13-CP-0062

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appellant's brief was due January 5, 2015. No brief has been filed.

We order appointed counsel Beth A. Klein to file a brief with the clerk of this Court within 15 days of the date of this order. If Beth A. Klein does not timely file the brief as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the brief record has not been timely filed and why she should not be held in contempt of court for failing to file the brief as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM